**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-01257-STV

JUAN AGUSTIN-AILON,

      Petitioner,

v.

TODD LYONS; *et al,*

      Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order entered by United States Magistrate Judge Scott T. Varholak on April 21, 2026, it is

ORDERED that Petitioner's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [#1] is GRANTED to the extent it seeks a bond hearing. It is further

ORDERED that Respondents shall provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within SEVEN DAYS of the date of this Court's Order. It is further

ORDERED that Respondents shall file a status report within TEN DAYS of the date of this Court's order to certify compliance. The status report shall include if and when the bond hearing occurred, if bond was granted or denied, and if bond was denied, the reasons for the denial. It is further

ORDERED that pursuant to the All Writs Act, 28 U.S.C. § 1651(a), and to preserve the Court's jurisdiction, Respondents SHALL NOT REMOVE Petitioner from

the District of Colorado or the United States unless or until this Court or the Court of

Appeals for the Tenth Circuit vacates this Order.


DATED at Denver, Colorado, this 24th day of April, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By: s/ Sonia Chaplin,
        Sonia Chaplin,
        Deputy Clerk