IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action: 26-cv-01257-STV | Date: May 19, 2026 |
| Courtroom Deputy: Sonia Chaplin | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                       *Counsel:*

JUAN AGUSTIN-AILON,                          Tiago J. Guevara

    Petitioner,

v.

TODD LYONS; *et al,*                                Alexandra J. Berger

    Respondent.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**MOTION HEARING**
**Court in session:**      **2:53 p.m.**
Court calls case.  Appearances of counsel.

This matter is before the Court regarding [ECF Doc. No 14] Motion to Enforce filed on 5/6/2026.

Arguments by counsel.

**Court in recess:**      **3:48 p.m.**
**Court in session:**      **3:58 p.m.**

For the reasons stated on the record, it is:

**ORDERED:**            The [14] Motion to Enforce is **GRANTED**. The Court orders a new bond hearing be conducted by the Immigration Court in front of a different judge. The Government shall file a Status Report on or before **May 29, 2026**.

HEARING CONCLUDED.

**Court in recess:**      **4:12 p.m.**
Total time in court:     01:09

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.